RECEIVED
JUN 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JN MACRI TECHNOLOGIES, LLC, and
NTD LABORATORIES, INC.,
Plaintiffs

v.

LENETIX MEDICAL SCREENING LABORATORY, INC., LEONARD H. KELLNER, JACOB A. CANICK, Ph.D, STEPHEN BROWN, M.D., and JOHN DOES I-V,
Defendants

Misc. 05-31 ML

(EDNY ACTION NO. 04-953 (DRH)(ETB))

## STIPULATION OF DISMISSAL

Based on the withdrawal without prejudice of the subpoena to Women & Infants Hospital of Rhode Island by JN Macri Technologies, LLC and NTD Laboratories, Inc., the parties hereby stipulate and agree that the above action be dismissed without prejudice, and with each party to bear its own costs.

Dated: June __, 2005

Respectfully submitted,
JN MACRI TECHNOLOGIES, LLC AND
NTD LABORATORIES, INC.

By their attorneys,

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 fax

Enter:
Mary M. Lisi
USDJ 6/10/05

WOMEN & INFANTS HOSPITAL
OF RHODE ISLAND,
By its attorneys,

KATHLEEN B. CARR Bar No. 6112
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444
(617) 439-4170 fax

Dated: June 8, 2005